# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TruFood Mfg, Inc., )<br>)<br>Plaintiff, ) Civil Action No. 2:18-cv-00252-NBF<br>)<br>v. )<br>)<br>Chicago Bar Company LLC d/b/a )<br>RXBAR and Peter Rahal, )<br>)<br>Defendants. ) | |

## REPORT OF NEUTRAL

A second Mediation session was held in the above-captioned matter on January 4, 2019, with continued negotiations through February 8, 2019.

The case (please check one):

\_\_\_\_\_**X**\_\_\_\_\_has resolved

_____ has resolved in part (see below)

_____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Date: February 8, 2019            /s/David B. White, Esquire
                                  Signature of Neutral