**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRUFOOD MFG., INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-252 |
| CHCAGO BAR COMPANY LLC, et al., | ) |
| Defendants. | ) |

**O R D E R**

AND NOW, this 8th day of February, 2019, the Court having been advised by Mediator, David B. White, Esquire, that the above captioned case has been resolved (Document No. [47]) and that the only matters remaining to be completed are the payment of the settlement proceeds, if any, and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), and, it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the stay in this matter is lifted, pending motions are marked terminated and the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

BY THE COURT:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc/ecf: counsel of record